FILED: April 27, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1257

FELIX CLEMENTE VELIZ RONQUILLO,

    Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

    Respondent.

O R D E R

    Felix Clemente Veliz Ronquillo, a native and citizen of Ecuador, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the immigration judge's decision finding him removable as charged. The Attorney General moves to remand the case to further consider Ronquillo's assertion that his New Jersey aggravated assault conviction is not a crime involving moral turpitude. Upon review, we grant the motion to remand.

    Entered at the direction of the panel: Judge Keenan, Judge Harris, and Judge Richardson.

For the Court

/s/ Patricia S. Connor, Clerk